# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

SHAMICA CURRY
Plaintiff

v.

Civil Action No.

VERIFY CONNECT LLC
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff, Shamica Curry,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Shamica Curry, Verify Connect LLC, PLG Damage Attorneys

| | |
|---|---|
| Date: | 08/13/2026 |
| Signature: | /s/ Vin Venkatesh Esq. |
| Print Name: | Vin Venkatesh, Esq. |
| Bar Number: | 24144674 |
| Address: | 3663 N Sam Houston Parkway Ea |
| City, State, Zip: | Suite 600 Houston, TX 77032 |
| Telephone: | 305-506-4746 |
| Fax: | (305) 503-9595 |
| E-Mail: | vv@plgdamage.com |


**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.